

E-FILED
Tuesday, 26 February, 2008  03:22:27 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 2 6 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAMELLE W. CARRAWAY<br>  and<br>LISA OWENS<br><br>    Defendants. | Case No. CR08-200<br><br>IN VIOLATION OF:<br>Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 856(a)(2) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about January 28, 2008, in Macon County, in the Central District of Illinois,

**JAMELLE W. CARRAWAY,**
**and**
**LISA OWENS**

defendants herein, knowingly possessed 50 grams or more of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance, with the intent to distribute.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT TWO

On or about January 28, 2008, in Macon County, in the Central District of Illinois,

**LISA OWENS,**

defendant herein, knowingly managed and controlled a house, as lessee and occupant, and knowingly and intentionally made the house available for use for the purpose of unlawfully storing and distributing a controlled substance, namely, cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 856(a)(2).

A TRUE BILL.
s/ Foreperson

FOREPERSON

s/ John H Campbell

RODGER A. HEATON
United States Attorney

CSB