UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS  
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR08-20010 |
| ) | |
| JAMELLE CARRAWAY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF PRIOR CONVICTION

Now comes the United States by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, Colin S. Bruce, and hereby provides Notice of Prior Conviction pursuant to Title 21, United States Code, Section 851 as follows:

May 4, 2001- Manufacture / Delivery of a Controlled Substance, Cook County, Illinois.

February 11, 2003 - Possession of Controlled Substance (Felony), Cook County, Illinois.

June 28, 2005 - Possession of Controlled Substance (Felony), Cook County, Illinois.

Such convictions qualifying the defendant for enhanced sentencing pursuant to Title 21, United States Code, Section 841(b)(1).

Respectfully submitted,

RODGER A. HEATON  
United States Attorney

BY:     s/ Colin S. Bruce  
COLIN S. BRUCE, Bar No. IL 6200946  
Assistant United States Attorney  
United States Attorney  
201 S. Vine St., Suite 226  
Urbana, IL 61802  
217/373-5875  
FAX: 217-373-5891  
colin.bruce@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. Thomas Bruno
>Attorney at Law
>Thomas A. Bruno & Associates
>301 W Green St
>Urbana, Illinois

>Mr. Neill Shurter
>Attorney at Law
>214 S Garrard
>Rantoul, IL 61866

>s/ COLIN S. BRUCE
>COLIN S. BRUCE
>Assistant United States Attorney
>United States Attorney
>201 S. Vine St., Suite 226
>Urbana, IL 61802
>217/373-5875
>FAX: 217-373-5891
>colin.bruce@usdoj.gov