E-FILED
Friday, 28 December, 2018 01:42:09 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

# Certificate of Completion

This certifies that

## Jamelle Carraway 14837-026

has successfully completed the

## Drug Education Course

at USP Big Sandy

February 2011

_M. Salyer_
M. Salyer
Drug Treatment Specialist



# CERTIFICATE OF COMPLETION

THIS CERTIFICATE IS PRESENTED TO

## Jamelle Carraway

In recognition of successful completion of the

**Vocational Building Trades Course**

Consisting of 110.5 hours of Instruction and Practical Application

Given this 3rd day of November, 2015

SUPERVISOR OF EDUCATION                                  VOCATIONAL TRAINING INSTRUCTOR



This Certifies That On March 31, 2011

Jamelle Carraway

successfully met the requirements for a Vocational Training Certification as a

Data Entry Operator

G. Bratcher, Supervisor of Education

K. Callahan, Vocational Training Instructor



 

This is to certify that

**Jamelle Carraway**

completed

Receptionist

in recognition, this Certificate of Completion

awarded this __10th__ day of May 2012.

_____  _____  _____
Program Instructor          Interim Director, Workforce Solutions   President, Big Sandy Community & Technical College




This is to certify that

**Jamelle Carraway**

completed

*Data Entry Operator*

in recognition, this Certificate of Completion

awarded this __10th__ day of __May    2012__.

_K. Callahan_
Program Instructor

_Keith Hall_
Interim Director, Workforce Solutions

_George D. Edwards_
President, Big Sandy Community & Technical College

# CERTIFICATE OF COMPLETION

for

## JAMELLE CARRAWAY

14837-026

in the study of

## AMERICAN GOVERNMENT

on this 19th day of October, 2013.



R. Martinez, SOE

T. Lee, ACE Coordinator

USP Education Department

# STOP THE VIOLENCE

THIS CERTIFIES THAT

CARRAWAY, JANELLE

HAS COMPLETED 24 HOURS OF
ORIENTATION, PHASES 1,2,3 and 4
OF STOP THE VIOLENCE PROGRAM

March 10, 2011

M. SMITH AW (P)

Beyond All Limits

M. HAMILTON, COUNSELOR



# Certificate of Completion

for

## JAMELLE CARRAWAY

14837-026

in the study of

# FINANCIAL PLANNING

on this 19th day of October, 2013.



R. Martinez, SOE

T. Lee, A.C.E. Coordinator

USP Education Department

